**IN THE DISTRICT COURT IN AND FOR TULSA COUNTY**
**STATE OF OKLAHOMA**

DISTRICT COURT
**FILED**
APR - 6 2016
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| JOSHUA DAVIS and KATELYNN DAVIS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) CJ-2016-01330 |
| SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation; | ) ) ) ) |
| Defendant. | ) ) |

Caroline Wall

2016 APR -6 PM 1:50
SALLY HOWE SMITH
COURT CLERK

**PETITION**

**FIRST CAUSE OF ACTION**
**BREACH OF CONTRACT**

Come now the Plaintiffs Joshua Davis and Katelynn Davis, by and through their attorney of record, Scott D. Keith and for their Petition states as follows, to-wit:

1. That the Plaintiffs are residents of the City of Collinsville, Tulsa County, State of Oklahoma.

2. That the Defendant is a foreign corporation doing business in Tulsa County, State of Oklahoma.

3. That this Court has jurisdiction over the matter.

4. The Plaintiffs and the Defendant entered into an agreement in which the Defendant would provide automotive insurance coverage in exchange for the payment of an insurance premium. The Plaintiffs have paid the premium and the Defendant issued Policy No.: Y8075589 which provided, among other things, comprehensive coverage with a $500.00 deductible for a 2006 Land Rover. (See Exhibit A)

5. The Land Rover developed a leak that allowed water to channel to the rear of the automobile causing extensive electrical damage and interior damage. Further, the Plaintiffs have

**EXHIBIT 2**

sustained a loss of use of the vehicle. The total damages sustained by the Plaintiffs exceed $15,000.00.

## SECOND CAUSE OF ACTION
## BAD FAITH

6. The Defendant owed a fiduciary duty to the Plaintiffs to act in good faith in all matters related to the Plaintiff's claim. Instead, the Defendant has failed to properly adjust the claim and instead has delayed action, refusing to follow through on promised action, refused to pay without proper basis and has refused to respond to Plaintiff's attorney concerning their inaction. The Defendant's actions have been in bad faith and in violation of the Claims Resolution and Unfair Claim Settlement Practices. As such, the Plaintiffs are entitled to punitive damages.

WHEREFORE, premises considered, Plaintiffs pray for judgment against the Defendant for actual damages in an amount in excess of $15,000.00 exclusive of interest and attorney's fees; for punitive damages in the maximum amount allowed by law; and for any other such further relief that this Court deems just and proper.

Respectfully submitted,

*/s/ Scott D. Keith*
Scott D. Keith, OBA #4914
1515 S. Denver Ave.
Tulsa, Oklahoma 74119
(918)599-8118
(918) 599-8119 Fax
Attorney for Plaintiff

ATTORNEY LIEN CLAIMED
JURY TRIAL DEMANDED

Feb 02 2016 9:30AM   L3-PMI                       918-8__-6699        page 2

## Safeco Insurance
A. Liberty Mutual Company

POLICY NUMBER: Y8075589

**SAFECO INSURANCE COMPANY OF AMERICA**
**AUTOMOBILE POLICY DECLARATIONS**

NAMED INSURED:
JOSH DAVIS
KATELYNN D DAVIS
2117 W MAPLE ST
COLLINSVILLE OK  74021-1617

POLICY CHANGE
CHANGED EFFECTIVE:   JAN.  4 2016
POLICY PERIOD FROM:  FEB.  3 2015
                TO:  FEB.  3 2016
at 12:01 A.M. standard time at the address of the insured as stated herein.

AGENT:
SCOTT DUANE BODLEY
CAREER GENERAL AGENCY INC
12722 E 86TH ST N
OWASSO            OK    74055-2548

AGENT TELEPHONE:
(918) 376-2300

RATED DRIVERS  JOSH DAVIS, KATELYNN D DAVIS

2014 FORD       ESCAPE TITANIUM   4 DOOR            ID# 1FMCU0J92EUA55253

2006 LAND ROVER RANGE ROVER SUPERC 4 DOOR
LOSS PAYEE      AMERICAN BANK OF OKLAHOMA           ID# SALMF13486A208501

Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.

| COVERAGES | 2014 FORD LIMITS | PREMIUMS | 2006 LNDR LIMITS | PREMIUMS |
|---|---|---|---|---|
| LIABILITY: BODILY INJURY | $250,000 Each Person $500,000 Each Occurrence | $235.10 | $250,000 Each Person $500,000 Each Occurrence | $238.50 |
| PROPERTY DAMAGE | $500,000 Each Occurrence | 144.40 | $500,000 Each Occurrence | 169.40 |
| MEDICAL PAYMENTS | $5,000 | 35.90 | $5,000 | 29.40 |
| COMPREHENSIVE | Actual Cash Value Less $500 Deductible | 233.30 | Actual Cash Value Less $500 Deductible | 534.10 |
| COLLISION | Actual Cash Value Less $500 Deductible | 361.10 | Actual Cash Value Less $500 Deductible | 554.60 |
| ADDITIONAL COVERAGES: LOSS OF USE ROADSIDE ASSIST | $50 Per Day/$1000 Max | 29.60 4.60 | $50 Per Day/$1000 Max | 16.50 8.20 |
| | TOTAL | $ 1,044.00 | TOTAL | $ 1,550.70 |

UNINSURED/UNDERINSURED MOTORISTS
TOTAL EACH VEHICLE:             2014 FORD  $   181.60
                                            $ 1,044.00
                                2006 LNDR    1,550.70

PREMIUM SUMMARY
VEHICLE COVERAGES                                           PREMIUM
DISCOUNTS & SAFECO SAFETY REWARDS    You saved $975.60   $ 2,594.70
POLICY COVERAGES                                          Included
                                                         $   181.60
TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES ............... $ 2,776.30

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

SA-1897/EP 8/90
G15                           Page 1 of 2           DATE PREPARED: JAN. 4 2016