## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA DAVIS and KATELYNN DAVIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 16-CV-00269-CVE-TLW |
| ) | |
| SAFECO INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above-captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

/s/Scott D. Keith
Scott D. Keith, OBA #4914
Karen Keith Wilkins, OBA#21005
1515 S. Denver Ave.
Tulsa, Oklahoma 74119
(918) 599-8118 Fax (918) 599-8119
Attorneys for Plaintiffs

*s/Tim D. Cain*
Tim D. Cain, OBA #11779
Wilson, Cain & Acquaviva
300 NW 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: 405-236-2600; Fax: 405-236-2607
Email: TimC@wcalaw.com
***Attorney for Defendant***
***Safeco Insurance Company of America***
